UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SIMPSON,<br><br>         Plaintiff,<br><br>   v.<br><br>A NON-PROFIT PUBLIC BENEFIT CORP. DEPARTMENT OF THE STATE HOSPITALS,<br><br>         Defendant. | 1:17-cv-00275 GSA (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a civil detainee housed at Coalinga State Hospital, proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **March 9, 2017**          /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE