UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SIMPSON,<br><br>             Plaintiff,<br><br>   v.<br><br>A NON-PROFIT PUBLIC BENEFIT CORP. DEPARTMENT OF STATE HOSPITALS,<br><br>             Defendant. | CASE NO. 1:17-cv-00275-GSA-PC<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION AS A 440 CIVIL ACTION, RANDOMLY REASSIGN MAGISTRATE, AND ISSUE ALL APPLICABLE STANDING ORDERS, SCHEDULING ORDERS, AND PROCESS |

    This case was filed on February 28, 2017, by plaintiff Earl Simpson, a civil detainee proceeding *pro se*. (ECF No. 1.) On March 9, 2017, the court issued an order requiring Plaintiff to either pay the $400.00 filing fee for this action in full, or to submit an application to proceed in forma pauperis, within forty-five days. (ECF No. 3.)

    This action was inadvertently designated at opening as a prisoner conditions-of-confinement case.

    Therefore, the Clerk's Office is HEREBY DIRECTED to:

    1.    Re-designate this action as a 440 civil action;

///

///

2. Randomly assign this case to another magistrate judge, and to a district judge if needed, for any further proceedings which may be appropriate or required; and

3. Issue all applicable standing orders, scheduling orders, and process.

Further, the parties SHALL omit the PC designation from the new case number.

IT IS SO ORDERED.

Dated: **March 15, 2017**             **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE