UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| EARL SIMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>A NON-PROFIT PUBLIC BENEFIT CORP. DEPARTMENT OF THE STATE HOSPITALS,<br><br>    Defendant. | CASE No. 1:17-cv-00275-LJO-MJS (PC)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF NO. 5)** |
|---|---|

    Plaintiff is a civil detainee proceeding pro se in this action. On April 17, 2017, Plaintiff filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. section 1915. (ECF No. 5.) The motion indicates that Plaintiff is unable to afford the fees for this litigation and that he is entitled to proceed without prepayment of fees.

    Based on the foregoing, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   April 21, 2017            /s/ *Michael J. Seng*
                                                       UNITED STATES MAGISTRATE JUDGE

1